**SPHERE DRAKE INSURANCE COMPANY, Plaintiff–Appellee,**

v.

**ALL AMERICAN LIFE INSURANCE COMPANY, Defendant–Appellant.**

No. 04–1869.

United States Court of Appeals, Seventh Circuit.

Submitted July 2, 2004.

Decided July 21, 2004.

James I. Rubin, Butler, Rubin, Saltarelli & Boyd, Chicago, IL, for Plaintiff–Appellee.

Griswold L. Ware, Vurdelja & Heaphy, Chicago, IL, Andrew S. Amer, Simpson, Thacher & Bartlett, New York, NY, for Defendant–Appellant.

Before EASTERBROOK, KANNE, and EVANS, Circuit Judges.

### Order

The judgment is affirmed, substantially for the reasons given in the district court's thorough opinion.